DANIEL G. BODGEN
United States Attorney

ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00354-LDG-VCF |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND QUASH ARREST WARRANT AS TO WANG LU |
| v. | |
| WANG LU, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby moves for leave to dismiss this case against WANG LU.  This case was filed on September 1, 2004 and an Arrest Warrant issued on September 15, 2006 after her failure to appear in the United States District Court, District of Nevada.  The government has conducted various database checks, to include Accurint, DCS Amerifind System and TECS, using the identifiers of WANG LU and has been unable to develop any additional leads as to her whereabouts.

/ / /

/ / /

/ / /

1

WHEREFORE, the government hereby moves for leave to dismiss the Indictment in this matter against defendant WANG LU with prejudice, and further requests that the Arrest Warrant for defendant WANG LU be quashed.

Dated this 15th day of October, 2013.

    DANIEL G. BOGDEN
    United States Attorney

    /s/Eric Johnson

    ERIC JOHNSON
    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:04-cr-00354-LDG-VCF |
|  Plaintiff, | ) ORDER |
| v. | ) |
| WANG LU, | ) |
|  Defendant. | ) |

## **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant WANG LU.  It is further ordered that the Arrest Warrant for defendant WANG LU be quashed.

_____
United States ~~District~~ Judge
         Magistrate
October 18, 2013

3